944 A.2d 24

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. DAVID OLOWU, DEFENDANT–APPELLANT.

February 28, 2008.

This matter having been duly presented to the Court on defendant's appeal as of right, and the Court having determined that

the matter does not raise a substantial constitutional question under *Rule* 2:2–1(a)(1) and the applicable case law, nor an issue warranting certification under *Rule* 2:12–4;

It is ORDERED that the appeal is dismissed.